Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| DAVID PENNER, MD, PLLC, a Washington limited liability company, dba OLYMPIA CENTER FOR TMS & PSYCHIATRY,<br><br>Plaintiff,<br><br>v.<br><br>CLEAR TMS+, PLLC, a Washington professional limited liability company,<br><br>Defendant. | NO. 3:25-cv-05033<br><br>DECLARATION OF DIANA WILCOX IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER |

I, Diana Wilcox, declare under penalty of perjury, under the laws of the State of Washington, that the following is true and correct.

1. I am over the age of 18, make this declaration based upon my personal knowledge, and am competent to testify on the matter stated herein.

2. I am a co-owner of Defendant Clear TMS+, PLLC ("Clear").

3. Clear has placed online advertisements using Google's advertising tools.

4. I prepared Clear's online advertisements and submitted them through a Google Ads account. I am a Psychiatric Mental Health Nurse Practitioner. I have very limited experience using online Google advertising. We relied on Google's services in designing and placing our advertisements. Initially, when I first posted a few Google ads for Clear, I just

DECLARATION OF DIANA WILCOX IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER – 1
()

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CLE032-0002 7838202_3

1  entered the ad words manually. At some point, I was contacted by a Google representative
2  who recommended that Clear take advantage of one of Google's free tools that uses artificial
3  intelligence ("AI") to help customize and improve the ads.

4       5.     I followed the advice of the Google representative and implemented Google's
5  AI ad generating tools. The advice was given during Google Meet meetings, where I was
6  sharing the screen with the Google Ads account and the Google representative was telling me,
7  step by step, what buttons to push. In conclusion, I do not have a deep understanding of the
8  mechanisms of Google Ads or Google AI optimization tools. I don't know how it works, but
9  I believe it uses AI somehow to monitor searches and then create custom advertisements for
10 the customer. How the system does this, I really don't know. What I do know is that when I
11 would log in to the Google account dashboard, I started occasionally seeing ad categories that
12 I had not drafted, which I believe this Google AI service had created.

13      6.     I monitor our advertisements approximately once or twice per week.
14 Sometime at the end of 2024, while doing a Google search, I noticed that one of our
15 advertisements was inadvertently including Dr. Penner's name. I logged into the Google Ads
16 account and removed that advertisement immediately. I was never aware of the name of
17 Lindsay Nourse in Clear advertisements. I became aware of this only on January 15, 2025,
18 the day that all Google advertisements were stopped.

19      7.     I do not know how Dr. Penner or Lindsay Nourse's names, or the name
20 Olympia Center for TMS, came to be included in one of Clear's advertisements.

21      8.     I believe these terms were inserted due to Google's use of artificial intelligence
22 to supplement the ad categories that we did intend to include in our advertising.

23      9.     I never inputted Dr. Penner's or Lindsay Nourse's names (or any variants of
24 their names, including "David Penner," "Penner," or "Daivd Penner MD") into the Google
25 tags, metatags, or advertisement assets for Clear's advertising. Nor did I include "Olympia
26

DECLARATION OF DIANA WILCOX IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER – 2
()

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CLE032-0002 7838202_3

1  Center for TMS" in Clear's advertising. I believe that these assets were generated somehow
2  by Google's AI system, based on algorithms that I cannot control and probably are proprietary
3  to Google.
4      10.    I did create an advertisement that used the keywords "Olympia TMS clinic."
5  Clear is a mental health clinic located in Tumwater, near Olympia, and provides TMS
6  services, so this was an obvious generic search term to include. I did not know that "Olympia
7  TMS" was allegedly trademarked. As soon as I learned of the alleged trademark on that term
8  on January 15, 2025, all Google advertising was completely removed.
9      11.    I have removed all Clear's advertisements and I removed all the search terms
10 that include the terms "Dr. Penner," "David Penner," "Penner," "David Penner MD,"
11 "Lindsay Nourse," "Olympia Center for TMS," and "Olympia TMS" from Clear's Google
12 campaigns. I have also paused all Clear advertising on Google until we are able to identify
13 the reason that these terms were included in Clear's advertising. I never created tags,
14 metatags, or campaign assets using the above-mentioned terms (with the exception of the term
15 "Olympia TMS clinic," as discussed above).
16     12.    Attached hereto as **Exhibit 1** is a copy of a screenshot of Clear's Google
17 advertising dashboard showing all Google advertising campaigns have been removed or
18 paused.
19     13.    While we are still investigating this issue, at this time I do not believe that
20 advertisements including Dr. Penner's name (or any variants thereof), Lindsay Nourse's
21 name, or the term "Olympia TMS" generated any business or patients for Clear. Attached
22 hereto as **Exhibit 2** are copies of screen shots of Clear's Google advertising dashboard.
23     14.    These show that the advertisements that contained Dr. Penner's name, Lindsay
24 Nourse's name, and the term "Olympia TMS" resulted in only one conversion, which means
25 that only one person potentially contacted the Clear clinic's office.
26

DECLARATION OF DIANA WILCOX IN SUPPORT OF
OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING
ORDER – 3
()

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CLE032-0002 7838202_3

15. I want to add that I personally referred patients to Dr. Penner's clinic for TMS treatment in the year 2024.

16. The intent of the Google promotion was always solely to grow the Clear TMS business using our own assets and our own providers. We take pride in our services and our dedication to our clients. We have multiple services that differentiate us from other providers in the community, including Dr. Penner's clinics. Clear TMS has a holistic approach to mental health and offers a multitude of services.

17. Had Dr. Penner's office simply called or emailed us about these advertisements, we would have removed them without the need to get legal counsel involved.

DATED this 17th day of January, 2025 at Tumwater, Washington.



_____
Diana Wilcox

DECLARATION OF DIANA WILCOX IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER – 4
()

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CLE032-0002 7838202_3

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that I am an employee at Carney Badley Spellman, P.S., over the age of 18 years, not a party to nor interested in the above-entitled action, and competent to be a witness herein. On the date stated below, I caused to be served a true and correct copy of the foregoing document on the below-listed attorney(s) of record by the method(s) noted:

☒ Court electronic service to the following:

Rocke Law Group, PLLC
Aaron V. Rocke, WSBA #31525
500 Union Street, Suite 909
Seattle, WA 98101
aaron@rockelaw.com

☐ Legal messenger service, for delivery on _____, to the following:

☐ Overnight mail service, for delivery on _____, to the following:

☐ Via court e-filing website, which sends notification of such filing to the following:

☐ Other _____.

DATED this 17th day of January, 2025.

*s/ Elizabeth Fuhrmann*
Elizabeth Fuhrmann, Legal Assistant

DECLARATION OF DIANA WILCOX IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER – 5
()

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CLE032-0002 7838202_3

**EXHIBIT 1**



# EXHIBIT 2



