UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID PENNER MD PLLC. et al., | CASE NO. C25-5033 BHS |
| Plaintiffs, | ORDER |
| v. | |
| CLEAR TMS+ PLLC, et al., | |
| Defendants. | |

THIS MATTER is before the Court on plaintiff David Penner's motion for reconsideration, Dkt. 21, of the Court's denial of his motion for a temporary restraining order (TRO), Dkt. 3. Penner contends that new evidence supports a TRO, and that the Court should permit it to subpoena non-party TMSTherapyNearMe.com on an expedited basis.

It is the Court's general practice to seek a response to a motion for reconsideration in most cases because it cannot grant such a motion unless the opposing party has an opportunity to respond. Local Civil Rule 7(h). The Court therefore requests defendant Clear TMS+ to respond to Penner's motion within 14 days. The Court will not entertain a reply. The motion for reconsideration, Dkt. 21, is **RE-NOTED** for February 24, 2025.

1    IT IS SO ORDERED.

2    Dated this 10th day of February, 2025.

3

4    _____

5    BENJAMIN H. SETTLE
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22