UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DAVID PENNER, MD, PLLC, a Washington limited liability company, dba OLYMPIA CENTER FOR TMS & PSYCHIATRY, <br>　　　　　Plaintiff, <br>vs. <br>CLEAR TMS+, PLLC, a Washington professional limited liability company, <br>　　　　　Defendant. | Case No. 3:25-cv-05033 <br><br> ORDER GRANTING STIPULATED MOTION TO STAY CONSIDERATION OF MOTION FOR RECONSIDERATION <br><br> Noted for Consideration: February 12, 2025 |

## I.    ORDER

The parties' Stipulated Motion to Stay Consideration of Plaintiff's Motion for Reconsideration is GRANTED. The Court's Order dated February 10, 2025, which ordered Defendant to respond to Plaintiff's Motion for Reconsideration (at Dkt. 21), is stayed until further notice from the Court.

IS IT SO ORDERED this 13th day of February 2025.

_____
Hon. Benjamin H. Settle
United States District Court Judge

*Presented by:*

ROCKE | LAW Group, PLLC

*s/ Aaron V. Rocke*
Aaron V. Rocke, WSBA No. 31525
Rocke Law Group, PLLC
500 Union Street, Suite 909
Seattle, WA 98101
(206) 652-8670
Fax: (206) 452-5895
aaron@rockelaw.com
*Attorney for Plaintiff*

*Stipulated as to form, notice of presentation waived by:*

Carney Badley Spellman, P.S.

*s/ Christopher Thayer*
Christopher Thayer, WSBA No. 23609
Carney Badley Spellman, P.S.
701 5th Ave Ste 3600
Seattle, WA 98104-7010
(206) 607-4150
Fax: (206) 467-8215
thayer@carneylaw.com
*Attorney for Defendant*

ORDER GRANTING MOTION TO STAY CONSIDERATION
Page 1

ROCKE | LAW Group, PLLC
500 Union St, Suite 909
Seattle, WA 98101
(206) 652 8670

**DECLARATION OF SERVICE**

I caused a copy of the foregoing Proposed Order Granting Stipulation to Stay Motion for Reconsideration to be served to the following in the manner indicated:

**Via Email:**
Chris Thayer
Andrew Stokes
701 5th Ave Ste 3600
Seattle, WA 98104-7010
(206) 607-4150
Fax: (206) 467-8215
thayer@carneylaw.com
stokes@carneylaw.com

On today's date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my belief.

Signed and DATED this 12th day of February 2025 in Seattle, Washington.

        *s/ Sarah Clark*
        Sarah Clark, Paralegal

ORDER GRANTING MOTION TO
STAY CONSIDERATION
Page 2

ROCKE | LAW Group, PLLC
500 Union St, Suite 909
Seattle, WA 98101
(206) 652 8670