# EXHIBIT A









Google | david penner md pllc  Sign in

All   Images   Videos   News   Forums   Shopping   Web   More                    Tools

**Sponsored**

olympiatms.com
https://www.olympiatms.com

**Olympia Center For TMS**

TMS Therapy For Depression — Olympia Center for TMS & Psychiatry offers FDA-cleared treatment for depression & anxiety. Looking for a Reliable Mental Health Clinic? Learn More about Our Services. Non-Invasive.

☎ Call us

**Contact Us**
Contact Us For More Information.

**Services**
Learn More About The Services We Offer.

**Sponsored**

Clear TMS PLLC
https://www.cleartmsplus.com

**Dr David Penner Olympia WA | TMS Depression Treatment**

We accept new clients! Transcranial Magnetic Stimulation therapy in Olympia...
Contact Us · Patient Stories · Our Services · Why Choose Us? · TMS Treatment



Olympia Center for TMS & Psychiatry
https://olympiatms.com

**Olympia Center for TMS & Psychiatry**

David Penner, a Harvard-trained psychiatrist, has curated a team of highly trained clinicians providing a broad spectrum of services, including Transcranial ...
Our Providers · Get Started · Legal & Forensic · TMS

Olympia Center for TMS & Psychiatry
https://olympiatms.com › our-team

**Meet Our Providers | Olympia Center for TMS and Psychiatry**

David Penner MD is the Medical Director and Founder of Olympia Center for TMS and Psychiatry. He has laid the framework for the integration of mental health ...

Psychology Today
https://www.psychologytoday.com › Home › WA

**David Penner, Psychiatrist, Olympia, WA, 98502**

David Penner, Psychiatrist, Olympia, WA, 98502, (360) 339-8759, I am a double board-certified Harvard-trained child, adolescent, and adult psychiatrist ...
Missing: pllc | Show results with: pllc

Providence
http://phppd.providence.org › Provider › View

**David E Penner, MDMD**

David Penner MD PLLC 1801 West Bay NW Dr Ste 104, Olympia, WA 98502 Phone 360-539-1736 Fax 360-350-5610



**David Penner MD**

3.6 ★★★★ 14 Google reviews
Mental health service in Lacey, Washington

🌐 Website    ◆ Directions    🔖 Save    ◁ Share

☎ Call

**Address:** 8765 Tallon Ln NE STE Q, Lacey, WA 98516
**Hours:** Closed · Opens 7:30 AM Mon ▾
**Phone:** (360) 539-1736

Suggest an edit · Own this business?

**From David Penner MD**

"David Penner MD is the Medical Director and Founder of Olympia Center for TMS and Psychiatry. He has laid the framework for the integration of mental health strategies that combine the use of therapy, lifestyle changes, and medical intervention to... **More**

**Profiles**

  

Instagram    LinkedIn    Facebook

**Reviews**
Reviews from the web

| Healthgrades | Webmd Doctor |
|---|---|
| 3.3/5 | 4/5 |
| 6 reviews | 7 reviews |

Google reviews ⓘ          Write a review    Add a photo

"We trust him completely and have so much gratitude for Dr. Penner & his staff."

 Finance headline
AEO reports Q3...                  🔍 Search





