# EXHIBIT B

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                                    **Back to Search**                Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-12-27 14:33:03 EST |
| **Mark:** | OLYMPIA TMS |

# Olympia TMS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88766249 | **Application Filing Date:** | Jan. 20, 2020 |
| **US Registration Number:** | 6071567 | **Registration Date:** | Jun. 02, 2020 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Supplemental | | |
| **Mark Type:** | Service Mark | | |

| | |
|---|---|
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |

| | | | |
|---|---|---|---|
| **Amended to Principal Register:** | No | **Date Amended to Current Register:** | Apr. 07, 2020 |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Jun. 02, 2020 | | |

Feedback

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | OLYMPIA TMS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "TMS" |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Psychiatric services | | |
| **International Class(es):** | 044 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Apr. 01, 2019 | **Use in Commerce:** | Apr. 01, 2019 |

## Basis Information (Case Level)

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | David Penner MD PLLC | | |
| **Owner Address:** | #214<br>324 West Bay Dr NW<br>Olympia, WASHINGTON UNITED STATES 98502 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | WASHINGTON |

**Attorney/Correspondence Information**

**Prosecution History**

**TM Staff and Location Information**

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jun. 02, 2020 |

**Assignment Abstract Of Title Information - None recorded**

**Proceedings - Click to Load**

Feedback