Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID PENNER MD, PLLC, a Washington professional limited liability company, d/b/a OLYMPIA CENTER FOR TMS & PSYCHIATRY; DAVID PENNER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLEAR TMS+, PLLC, a Washington professional limited liability company; DIANA WILCOX, an individual,<br><br>Defendants. | Case No. 3:25-cv-05033-BHS<br><br>JOINT NOTICE OF SETTLEMENT AND STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND ORDER<br><br>NOTING DATE: November 9, 2026 |

**JOINT NOTICE OF SETTLEMENT AND STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

Plaintiffs David Penner MD, PLLC and David Penner (together, “Plaintiffs”) and Defendants Clear TMS+, PLLC and Diana Wilcox (together, “Defendants”) jointly give notice that they have settled this action. The parties also stipulate to, and jointly move for, dismissal of



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

all claims between them with prejudice. They ask the Court to retain jurisdiction to enforce their settlement.

## I. NOTICE OF SETTLEMENT

The parties have signed a written settlement agreement. It resolves all claims between Plaintiffs and Defendants in this action. The last party signed on November 8, 2026.

The agreement calls for performance after signing. For that reason, the parties ask the Court to retain jurisdiction to enforce the settlement aghreement. The parties do not file the agreement with this notice. They will provide it to the Court for in camera review on request.

## II. TRIAL DATE, PRETRIAL DEADLINES, AND PENDING MOTIONS

A five-day jury trial is set for December 1, 2026. (Dkt. 94 at p. 1). The pretrial conference is set for November 16, 2026. (*Id.*) The agreed pretrial order is due November 9, 2026, and trial briefs and related materials are due November 10, 2026. (*Id.*) Three motions are pending: Defendants' Motions in Limine (Dkt. 96); Plaintiffs' Motions in Limine (Dkt. 98); and Defendants' Motion for Reconsideration Based on New Authority (Dkt. 100). The settlement makes each of them moot.

The parties ask the Court to strike the trial date and all remaining pretrial deadlines. They also ask the Court to strike the pending motions as moot.



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

## III. STIPULATION AND MOTION FOR DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(2), the parties stipulate to, and jointly move for, an order dismissing with prejudice all claims between Plaintiffs and Defendants in this action. Each party will bear its own attorneys' fees and costs.

The parties ask that the order expressly retain the Court's jurisdiction to enforce the settlement agreement. That includes jurisdiction to consider any request for entry of judgment made under the agreement's terms. A district court keeps jurisdiction to enforce a settlement when its dismissal order retains that jurisdiction or incorporates the settlement's terms. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994).

This stipulation reaches only the claims between Plaintiffs and Defendants. The Court earlier dismissed Plaintiffs' claims against TMSTherapyNearMe.com LLC without prejudice. (Dkt. 92 at p. 6). Nothing in this stipulation changes that order or affects any claim against a person who is not a party to the settlement.

## IV. CONCLUSION

The parties respectfully ask the Court to enter the proposed order below.

Respectfully submitted,

DATED November 9, 2026.

By: *s/Aaron Rocke*________________
Aaron V. Rocke, WSBA No. 31525
Rocke Law Group, PLLC
500 Union St, Suite 909
Seattle, WA 98101
Ph. (206) 652-8670
E-mail: aaron@rockelaw.com
*Attorneys for Plaintiffs*

By: *Tim J. Billick*
Tim J. Billick, WSBA No. 46690
Practus LLP
E-mail: tim.billick@practus.com
600 First Ave, Ste.102
Seattle, WA 98104
Ph. 206-844-6539
*Attorneys for Defendants Clear and Wilcox*



Practus LLP
11300 Tomahawk Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

# ORDER

This matter comes before the Court on the parties' Joint Notice of Settlement and Stipulated Motion for Dismissal with Prejudice. The Court has considered the stipulation and the record. It is ORDERED:

1. All claims between Plaintiffs David Penner MD, PLLC and David Penner and Defendants Clear TMS+, PLLC and Diana Wilcox are DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs.

2. The Court retains jurisdiction to enforce the parties' settlement agreement, including any request for entry of judgment made under its terms.

3. This order does not affect the Court's prior dismissal of claims against TMSTherapyNearMe.com LLC (Dkt. 92) or any claim against a person who is not a party to the settlement.

//

//

//

//

//

//



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

4. The trial date and all remaining pretrial dates set in the Court's scheduling order (Dkt. 94) are STRICKEN.

5. The pending motions at Dkts. 96, 98, and 100 are STRICKEN as moot.

6. The Clerk shall close this case.

DATED this 10th day of November, 2026.

BENJAMIN H. SETTLE
United States District Judge

Presented by: s/Aaron Rocke
Aaron V. Rocke, WSBA No. 31525
Rocke Law Group, PLLC
500 Union St, Suite 909
Seattle, WA 98101
Ph. (206) 652-8670
E-mail: aaron@rockelaw.com
*Attorneys for Plaintiffs*

Presented by: *Tim J. Billick*
Tim J. Billick, WSBA No. 46690
Practus LLP
E-mail: tim.billick@practus.com
600 First Ave, Ste.102
Seattle, WA 98104
Ph. 206-844-6539
*Attorneys for Defendants Clear and Wilcox*


Practus LLP
11300 Tomahawk Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014